

FILED
JAN 2 2 2013

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| **RANDY SOWERS,**<br><br>　　　　　　Plaintiff,<br>vs.<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY**, an Ohio corporation,<br><br>　　　　　　Defendant. | CIV No. 12-1016<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

　　　The Court has been presented with a Stipulation for Dismissal with Prejudice signed by counsel for both parties. Good cause appearing, it is, by the Court

　　　ORDERED AND ADJUDGED that this action shall be dismissed with prejudice with each party bearing their own costs.

　　　Dated this 22nd day of January, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHARLES B. KORNMANN
　　　　　　　　　　　　　　　　　　United States District

ATTEST:

JOSEPH HAAS, CLERK

BY: _____ Deputy
(SEAL)